**IN THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) C.A. No. 20-50345 |
| | ) D.C. No. CR 20-71-RGK |
| Plaintiff-Appellee, | ) (Central Dist. Cal.) |
| | ) |
| v. | ) |
| | ) **NOTICE OF GOVERNMENT'S** |
| JONATHAN EDWARD | ) **DECISION NOT TO SEEK** |
| CHARLES ANDERSON, | ) **FURTHER REVIEW** |
| | ) |
| Defendant-Appellant. | ) |
| | ) |
| | ) |
| | ) |

Plaintiff-Appellee United States of America hereby provides notice that it will not seek further review of this Court's decision in *United States v. Anderson*, 101 F.4th 586 (9th Cir. 2024) (en banc). With the approval of the Solicitor General's Office, the government has decided not to file a petition for rehearing in this Court or a petition for a writ of certiorari in the Supreme Court.

//

//

//

Accordingly, the government has no objection to the issuance of the mandate in this case.

DATED: June 10, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BRAM M. ALDEN
Assistant United States Attorney
Chief, Criminal Appeals Section

*/s/ David R. Friedman*

DAVID R. FRIEDMAN
Assistant United States Attorney
Criminal Appeals Section

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA